PHILLIPSBURG NATIONAL BANK AND TRUST COMPANY, complainant-respondent,

*v.*

WILLIAM Y. RUSH and BERTHA A. RUSH, his wife, and RIDGWAY & PFEFFER, INCORPORATED, defendants-appellants.

[Argued October term, 1935. Decided January 31st, 1936.]

388

*Messrs. Wall, Haight, Carey & Hartpence,* for the defendants-appellants William Y. Rush et ux.

*Mr. Clarence Walters,* for the complainant-respondent.

PER CURIAM.

From an examination of the record in this case, we are satisfied that the conclusions of the vice-chancellor are supported by the proofs.

The decree appealed from is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.